# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. MACVAUGH,<br>    **Plaintiff,**<br>    v.<br>COUNTY OF MONTGOMERY,<br>    **Defendant.** | :<br>:<br>:    **CIVIL ACTION NO. 17-4568**<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 27th day of March 2018, upon consideration of Defendant's Motion to Dismiss [Doc. No. 3], the response thereto, and in accordance with the memorandum opinion issued this day, it is hereby **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** to the extent that Plaintiff alleges a failure to accommodate claim based on requested job transfers under the ADA and PHRA, and such a claim is **DISMISSED WITHOUT PREJUDICE**. The Motion is otherwise **DENIED**. Plaintiff may file an amended complaint consistent with the limitations set forth in the accompanying memorandum opinion on or before **April 17, 2018**. If Plaintiff does not file an amended complaint, Defendant shall file an answer on or before **May 7, 2018**.

It is so **ORDERED**.

                                                      **BY THE COURT:**

                                                      **/s/ Cynthia M. Rufe**

                                                      _____
                                                      **CYNTHIA M. RUFE, J.**